## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WILLIAMS PONTIAC COMPANY AND BRUCE L. SANFT | : | No. 651 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| PATRIOT BUICK PONTIAC GMC, INC | : | |
| ------------------------------------------------- | : | |
| BRUCE L. SANFT | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PATRIOT BUICK PONTIAC GMC, INC. | : | |
| | : | |
| | : | |
| PETITION OF: WILLIAMS PONTIAC COMPANY AND BRUCE L. SANFT | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.